UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
MAGNER, J
JUNE 9, 2011

IN THE MATTER OF                                                      BANKRUPTCY NO.

**BENJAMIN RAGOS**                                                    11-10522 "A"
**STELLA CANNON RAGOS**

DEBTOR(S)                                                             CHAPTER 13

     Hearing on Confirmation of the Debtors' Chapter 13 Plan filed on February 22, 2011, as modified by Amendment filed on May 23, 2011, was held on the 7th day of June, 2011.

     Present at the hearing were:

     Mark Needham, on behalf of Timothy P. Kirkpatrick, Counsel for Debtors; and
     Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

     Objection to Confirmation having been filed by the Chapter 13 Trustee;

     The Court having considered the merits of the Plan, the modification proposed in the Amendment, the Objection and Memoranda filed, the arguments of counsel, evidence, and representations made; and

     For the reasons orally assigned,

     **IT IS ORDERED** that Confirmation of the Debtors' Chapter 13 Plan, as modified by Amendment, as well as the Objection and Memoranda filed, is **UNDER ADVISEMENT**.

     New Orleans, Louisiana, June 9, 2011.

                                                               Hon. Elizabeth W. Magner
                                                              U.S. Bankruptcy Judge